**Opinion issued November 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-24-00143-CV

———————————

**ZACHARY T. DIXON, AS ATTORNEY-IN-FACT FOR KARIN DIXON, Appellant**

**V.**

**GEORGE SCHILTER, INDEPENDENT EXECUTOR OF THE ESTATE OF KATHRIN GVADIA, DECEASED AND SHINERS HOSPITALS FOR CHILDREN, Appellees**

---

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Case No. PR-0080172**

---

### MEMORANDUM OPINION

Appellant, Zachary T. Dixon, as Attorney-in-Fact for Karin Dixon, filed a notice of appeal from the trial court's February 8, 2024 order granting the amended

motion for summary judgment of appellees, George Schilter, Independent Executor of the Estate of Kathrin Gvadia, Deceased and Shiners Hospitals for Children. On the motion of appellant, this appeal was abated on August 6, 2024 because the parties had "reached an agreement to settle this matter," but needed additional time to "allow the parties to finalize their settlement."

On October 28, 2025, appellant filed a motion to dismiss the appeal "pursuant to Texas Rule of Appellate Procedure 42.1(a)(1)." *See* TEX. R. APP. P. 42.1(a)(1) (permitting voluntary dismissal of appeal on motion of appellant).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion included a certificate of conference stating appellees are unopposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, the Court grants appellant's motion, reinstates the appeal to the Court's active docket, and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.

2